AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| MARY BETH HEINERT and RICHARD H. SCHULTZ, JR., on behalf of themselves and all others similarly situated,<br>*Plaintiff*<br>v.<br>BANK OF AMERICA, N.A., CITIZENS BANK, N.A.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-CV-6081L |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The motions by defendants Bank of America and Citizens Bank to dismiss the claims against them are granted. Plaintiffs' claims against Bank of America and Citizens Bank are hereby dismissed in their entirety, with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge David G. Larimer on a motion for dismissal in favor of Bank of America and Citizens Bank.

Date: 01/28/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*